# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| SHIRLEY MAHONEY, | No. C 11-0177 MEJ |
|         Plaintiff, | **ORDER VACATING CMC** |
|   v. | **ORDER RE STATUS** |
| U.S. POSTAL SERVICE, et al., | |
|         Defendants. | |
| _____/ | |

This matter is currently scheduled for a case management conference on April 21, 2011. However, as there is no indication that defendant has been served, the Court VACATES the April 21 c.m.c. Plaintiff shall file a status report by May 5, 2011.

**IT IS SO ORDERED.**

Dated: April 14, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY MAHONEY,

        Plaintiff,

  v.

U.S. POSTAL SERVICE, et al.,

        Defendants.

Case Number: CV11-0177 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shirley Mahoney
1 Elysian Place
Oakland, CA 94605

Dated: April 14, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2