UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SHIRLEY MAHONEY,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>PATRICK DONAHOE, Postmaster General,<br>U.S. Postal Service<br><br>　　　　　　Defendant.<br>_____/ | No. C 11-0177 MEJ<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |

　　　　Pending before the Court is Defendants' motion to dismiss. Upon review of the record in this action, the Court notes that Plaintiff Shirley Mahoney has not filed a written consent to magistrate judge jurisdiction. This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

　　　　You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether she consents to magistrate judge jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by July 14, 2011.

　　　　**IT IS SO ORDERED.**

Dated: June 28, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY MAHONEY                                    No. C 11-00177 MEJ

       Plaintiff(s),

vs.

PAT DONAHOE POSTMASTER GENERAL

       Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____          Signed by:_____

                                                                   Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____          Signed by:_____

                                                                   Counsel for:_____

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY MAHONEY | Case Number: 11-00177 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| PAT DONAHOE POSTMASTER GENERAL | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shirley Mahoney
1 Elysian Place
Oakland, CA 94605

Dated: June 28, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3