MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
PATRICK DONAHOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRLEY MAHONEY, | No. C 11-00177 MEJ |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE SECOND AMENDED COMPLAINT |
| v. | |
| PATRICK DONAHOE, Postmaster General, United States Postal Service, | |
|     Defendant. | |

STIPULATION AND [PROPOSED] ORDER RE SECOND AMENDED COMPLAINT
C 11-00177 MEJ

Subject to the approval of the Court, the parties hereby stipulate that Plaintiff will have until August 19, 2011, to file a second amended complaint. Defendant will then have 14 days after service of the second amended complaint to file a responsive pleading. If Plaintiff does not file a second amended complaint, Defendant will instead file an answer to Plaintiff's first amended complaint no later than September 2, 2011.

DATED: 8-17-11

By: _____
SHIRLEY MAHONEY
Plaintiff In Pro Per

MELINDA HAAG
United States Attorney

DATED: 8/18/11

By: _____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 18, 2011

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES CHIEF MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE SECOND AMENDED COMPLAINT
C 11-00177 MEJ                                    2