1  Shirley Mahoney
   1 Elysian PL
2  Oakland, CA 94605
   Phone Number (510-418-0330)
3
   Shirley Mahoney, IN PRO PER
4

5  MELINDA HAAG (CSBN 132612)
   United States Attorney
6  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
7  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
8
       450 Golden Gate Avenue, Box 36055
9      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
10     FAX: (415) 436-6927
       neill.tseng@usdoj.gov
11
   Attorneys for Defendant
12 PATRICK DONAHOE

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                         SAN FRANCISCO DIVISION
16

17 SHIRLEY MAHONEY,                    )  No. C 11-00177 MEJ
                                       )
18     Plaintiff,                      )  **STIPULATION TO CONTINUE
                                       )  INITIAL CASE MANAGEMENT
19 v.                                  )  CONFERENCE; [PROPOSED] ORDER**
                                       )
20 PATRICK DONAHOE, Postmaster General,)
   United States Postal Service,       )
21                                     )
       Defendant.                      )
22 _____ )

23     Subject to the approval of the Court, the parties hereby stipulate to continue the initial
24 case management conference from October 13, 2011, at 10:00 a.m. to November 10, 2011, at
25 10:00 a.m. The parties stipulate to and request this continuance because defendant's counsel
26 anticipates being out of town on October 13, 2011. This is the first request to continue the
27 //
28 //

STIPULATION TO CONTINUE INITIAL CMC; [PROPOSED] ORDER
C 11-00177 MEJ

initial case management conference.

DATED: 9-15-11    By: _____
                      SHIRLEY MAHONEY
                      Plaintiff In Pro Per

                      MELINDA HAAG
                      United States Attorney

DATED: 9/15/11    By: _____
                      NEILL T. TSENG
                      Assistant United States Attorney
                      Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 21, 2011

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES CHIEF MAGISTRATE JUDGE