1  Shirley Mahoney
   1 Elysian PL
2  Oakland, CA 94605
   Phone Number (510-418-0330)
3
   Shirley Mahoney, IN PRO PER
4

5  MELINDA HAAG (CSBN 132612)
   United States Attorney
6  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
7  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
8
       450 Golden Gate Avenue, Box 36055
9      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
10     FAX: (415) 436-6927
       neill.tseng@usdoj.gov
11
   Attorneys for Defendant
12 PATRICK DONAHOE

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                     SAN FRANCISCO DIVISION
16

17 SHIRLEY MAHONEY,                    )   No. C 11-00177 MEJ
                                       )
18         Plaintiff,                   )   STIPULATION TO CONTINUE
                                       )   INITIAL CASE MANAGEMENT
19     v.                              )   CONFERENCE; [PROPOSED] ORDER
                                       )
20 PATRICK DONAHOE, Postmaster General,)
   United States Postal Service,       )
21                                     )
           Defendant.                  )
22                                     )

23         Subject to the approval of the Court, the parties hereby stipulate to continue the initial

24 case management conference from October 13, 2011, at 10:00 a.m. to November 10, 2011, at

25 10:00 a.m.  The parties stipulate to and request this continuance because defendant's counsel

26 anticipates being out of town on October 13, 2011.  This is the first request to continue the

27 //

28 //

STIPULATION TO CONTINUE INITIAL CMC; [PROPOSED] ORDER
C 11-00177 MEJ

1   initial case management conference.

2

3

4   DATED: 9-15-11                    By: _____
                                           SHIRLEY MAHONEY
5                                          Plaintiff In Pro Per

6

7                                          MELINDA HAAG
                                           United States Attorney

8

9   DATED: 9/15/11                    By: _____
                                           NEILL T. TSENG
10                                         Assistant United States Attorney
                                           Attorneys for Defendant
11

12  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13

14

15  DATED: September 21, 2011

16                                     _____
                                       HONORABLE MARIA-ELENA JAMES
                                       UNITED STATES CHIEF MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE INITIAL CMC; [PROPOSED] ORDER
C 11-00177 MEJ                        2