1 | Shirley Mahoney
1 Elysian Pl
2 | Oakland, CA 94605
Phone Number (510-418-0330)
3
Shirley Mahoney, IN PRO PER
4

5 | MELINDA HAAG (CSBN 132612)
United States Attorney
6 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
7 | NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney
8
450 Golden Gate Avenue, Box 36055
9 | San Francisco, California 94102-3495
Telephone: (415) 436-7155
10 | FAX: (415) 436-6927
neill.tseng@usdoj.gov
11
Attorneys for Defendant
12 | PATRICK DONAHOE

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SHIRLEY MAHONEY, | ) No. C 11-00177 MEJ |
|---|---|
| Plaintiff, | ) STIPULATION TO STAY ALL PROCEEDINGS AND VACATE ALL CASE MANAGEMENT DATES AND DEADLINES; [PROPOSED] ORDER |
| v. | |
| PATRICK DONAHOE, Postmaster General, United States Postal Service, | |
| Defendant. | |

Subject to the approval of the Court, the parties hereby stipulate as follows:

All proceedings in this case will be stayed for 60 days from the date the Court's order approving this stipulation is filed, and all case management dates and deadlines, including the trial date, will be vacated, to be rescheduled. Sixty (60) days after the Court's order approving this stipulation is filed, the parties will file a joint status report, which will include a proposed new case management schedule as appropriate.

STIPULATION TO STAY ALL PROCEEDINGS AND VACATE ALL CASE MANAGEMENT DATES AND DEADLINES; [PROPOSED] ORDER
C 11-00177 MEJ

1  The reason for this stipulation is that the *pro per* plaintiff represents that she has been advised by her doctor for medical reasons not to do any work on this case for the next six weeks. In order to avoid prejudice to either party from this development, the parties have stipulated as set forth above.

This is the first request in this case to stay all proceedings and vacate all case management dates and deadlines. By stipulated order, the initial case management conference was previously continued. (Doc. #28.) By stipulated order, the mediation deadline was previously enlarged. (Doc. #36.)

DATED: 3-5-12          By: _____
                            SHIRLEY MAHONEY
                            Plaintiff In Pro Per

MELINDA HAAG
United States Attorney

DATED: 3/7/12          By: _____
                            NEILL T. TSENG
                            Assistant United States Attorney
                            Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 8, 2012

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES CHIEF MAGISTRATE JUDGE

STIPULATION TO STAY ALL PROCEEDINGS AND VACATE ALL CASE MANAGEMENT DATES AND DEADLINES; [PROPOSED] ORDER
C 11-00177 MEJ                                    2