Shirley Mahoney
1 Elysian Pl
Oakland, CA 94605
Phone Number (510-418-0330)

Shirley Mahoney, IN PRO PER


MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
PATRICK DONAHOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRLEY MAHONEY, | No. C 11-00177 MEJ |
|     Plaintiff, | STIPULATION TO STAY ALL PROCEEDINGS AND VACATE ALL CASE MANAGEMENT DATES AND DEADLINES; [PROPOSED] ORDER |
| v. | |
| PATRICK DONAHOE, Postmaster General, United States Postal Service, | |
|     Defendant. | |

    Subject to the approval of the Court, the parties hereby stipulate as follows:

    All proceedings in this case will be stayed for 60 days from the date the Court's order approving this stipulation is filed, and all case management dates and deadlines, including the trial date, will be vacated, to be rescheduled. Sixty (60) days after the Court's order approving this stipulation is filed, the parties will file a joint status report, which will include a proposed new case management schedule as appropriate.

STIPULATION TO STAY ALL PROCEEDINGS AND VACATE ALL CASE MANAGEMENT DATES AND
DEADLINES; [PROPOSED] ORDER
C 11-00177 MEJ

The reason for this stipulation is that the *pro per* plaintiff represents that she has been advised by her doctor for medical reasons not to do any work on this case for the next six weeks. In order to avoid prejudice to either party from this development, the parties have stipulated as set forth above.

This is the first request in this case to stay all proceedings and vacate all case management dates and deadlines. By stipulated order, the initial case management conference was previously continued. (Doc. #28.) By stipulated order, the mediation deadline was previously enlarged. (Doc. #36.)

DATED: 3-5-12        By: _____
                         SHIRLEY MAHONEY
                         Plaintiff In Pro Per

MELINDA HAAG
United States Attorney

DATED: 3/7/12        By: _____
                         NEILL T. TSENG
                         Assistant United States Attorney
                         Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 8, 2012
                         _____
                         HONORABLE MARIA-ELENA JAMES
                         UNITED STATES CHIEF MAGISTRATE JUDGE

STIPULATION TO STAY ALL PROCEEDINGS AND VACATE ALL CASE MANAGEMENT DATES AND DEADLINES; [PROPOSED] ORDER
C 11-00177 MEJ                    2