1  Shirley Mahoney
   1 Elysian PL
2  Oakland, CA 94605
   Phone Number (510-418-0330)
3
   Shirley Mahoney, IN PRO PER
4

5  MELINDA HAAG (CSBN 132612)
   United States Attorney
6  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
7  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
8
       450 Golden Gate Avenue, Box 36055
9      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
10     FAX: (415) 436-6927
       neill.tseng@usdoj.gov
11
   Attorneys for Defendant
12 PATRICK DONAHOE

13
                  UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15
                    SAN FRANCISCO DIVISION
16

17 SHIRLEY MAHONEY,                    )   No. C 11-00177 MEJ
                                       )
18        Plaintiff,                   )   STIPULATION TO EXTEND STAY OF
                                       )   ALL PROCEEDINGS BY THIRTY
19 v.                                  )   DAYS; [PROPOSED] ORDER
                                       )
20 PATRICK DONAHOE, Postmaster General,)
   United States Postal Service,       )
21                                     )
          Defendant.                   )
22 _____ )

23       Subject to the approval of the Court, the parties hereby stipulate as follows:

24       On March 8, 2012, this Court entered an order approving the parties' stipulation staying

25 all proceedings in this case for 60 days and vacating all case management dates and deadlines

26 due to the *pro se* plaintiff's medical condition. (Doc. #38.) The parties were to file a joint status

27 report in 60 days. (See id.) Accordingly, the parties hereby jointly report as follows: Plaintiff

28 represents that she will be unable to resume work on this case for at least another 30 days due to

STIPULATION TO EXTEND STAY OF ALL PROCEEDINGS BY THIRTY DAYS; [PROPOSED] ORDER
C 11-00177 MEJ

1 | medical reasons. Consequently, the parties hereby stipulate to extend the stay of all proceedings

2 | in this case for another 30 days. No later than 30 days after the Court's order approving this

3 | stipulation is filed, the parties will file another joint status report and/or stipulation, which will

4 | include a proposed new case management schedule as appropriate.

DATED: 5-1-12        By: _____
                          SHIRLEY MAHONEY
                          Plaintiff In Pro Per


                          MELINDA HAAG
                          United States Attorney


DATED: 5/2/12       By: _____
                          NEILL T. TSENG
                          Assistant United States Attorney
                          Attorneys for Defendant


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:    May 2, 2012

                          _____
                          HONORABLE MARIA-ELENA JAMES
                          UNITED STATES CHIEF MAGISTRATE JUDGE

STIPULATION TO EXTEND STAY OF ALL PROCEEDINGS BY THIRTY DAYS; [PROPOSED] ORDER
C 11-00177 MEJ                              2