| | |
|---|---|
| 1 | Shirley Mahoney |
| 2 | 1 Elysian PL |
|   | Oakland, CA 94605 |
| 3 | Phone Number (510-418-0330) |
| 4 | Shirley Mahoney, IN PRO PER |
| 5 | MELINDA HAAG (CSBN 132612) |
|   | United States Attorney |
| 6 | JOANN M. SWANSON (CSBN 88143) |
|   | Chief, Civil Division |
| 7 | NEILL T. TSENG (CSBN 220348) |
|   | Assistant United States Attorney |
| 8 | |
| 9 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102-3495 |
| 10 | Telephone: (415) 436-7155 |
|    | FAX: (415) 436-6927 |
| 11 | neill.tseng@usdoj.gov |
| 12 | Attorneys for Defendant |
|    | PATRICK DONAHOE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SHIRLEY MAHONEY, | ) | No. C 11-00177 MEJ |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO EXTEND STAY OF ALL PROCEEDINGS BY THIRTY DAYS; [PROPOSED] ORDER** |
| v. | ) | |
| PATRICK DONAHOE, Postmaster General, | ) | |
| United States Postal Service, | ) | |
| Defendant. | ) | |

Subject to the approval of the Court, the parties hereby stipulate as follows:

On March 8, 2012, this Court entered an order approving the parties' stipulation staying all proceedings in this case for 60 days and vacating all case management dates and deadlines due to the *pro se* plaintiff's medical condition. (Doc. #38.) The parties were to file a joint status report in 60 days. (See id.) Accordingly, the parties hereby jointly report as follows: Plaintiff represents that she will be unable to resume work on this case for at least another 30 days due to

STIPULATION TO EXTEND STAY OF ALL PROCEEDINGS BY THIRTY DAYS; [PROPOSED] ORDER
C 11-00177 MEJ

medical reasons. Consequently, the parties hereby stipulate to extend the stay of all proceedings in this case for another 30 days. No later than 30 days after the Court's order approving this stipulation is filed, the parties will file another joint status report and/or stipulation, which will include a proposed new case management schedule as appropriate.

DATED: 5-1-12          By: _____
                            SHIRLEY MAHONEY
                            Plaintiff In Pro Per

MELINDA HAAG
United States Attorney

DATED: 5/2/12          By: _____
                            NEILL T. TSENG
                            Assistant United States Attorney
                            Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   May 2, 2012

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES CHIEF MAGISTRATE JUDGE

STIPULATION TO EXTEND STAY OF ALL PROCEEDINGS BY THIRTY DAYS; [PROPOSED] ORDER
C 11-00177 MEJ                         2