Shirley Mahoney
1 Elysian Pl
Oakland, CA 94605
Phone Number (510-418-0330)

Shirley Mahoney, IN PRO PER

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
PATRICK DONAHOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRLEY MAHONEY, | No. C 11-00177 MEJ |
|     Plaintiff, | **SECOND STIPULATION TO EXTEND STAY OF ALL PROCEEDINGS BY THIRTY DAYS; [PROPOSED] ORDER** |
| v. | |
| PATRICK DONAHOE, Postmaster General, United States Postal Service, | |
|     Defendant. | |

    Subject to the approval of the Court, the parties hereby stipulate as follows:

    On March 8, 2012, this Court entered an order approving the parties' stipulation staying all proceedings in this case for 60 days and vacating all case management dates and deadlines due to the *pro se* plaintiff's medical condition. (Doc. #38.) The parties were to file a joint status report in 60 days. (See id.) On May 2, 2012, the Court entered an order approving the parties' stipulation to extend the stay of all proceedings for another 30 days due to plaintiff's medical

SECOND STIP. TO EXTEND STAY OF ALL PROCEEDINGS BY THIRTY DAYS; [PROPOSED] ORDER
C 11-00177 MEJ

reasons. (Doc. #40.) The parties were to file another joint status report and/or stipulation within 30 days. (See id.)

Accordingly, the parties hereby jointly report as follows: Plaintiff represents that she will be unable to resume work on this case for at least another 30 days due to medical reasons. Consequently, the parties hereby stipulate to extend the stay of all proceedings in this case for another 30 days. No later than 30 days after the Court's order approving this stipulation is filed, the parties will file another joint status report and/or stipulation, which will include a proposed new case management schedule as appropriate.

DATED: 6-1-12

By: _____
SHIRLEY MAHONEY
Plaintiff In Pro Per

MELINDA HAAG
United States Attorney

DATED: 6/1/12

By: _____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 5, 2012

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES CHIEF MAGISTRATE JUDGE