```
 1  Shirley Mahoney
    1 Elysian PL
 2  Oakland, CA 94605
    Phone Number (510-418-0330)
 3
    Shirley Mahoney, IN PRO PER
 4

 5  MELINDA HAAG (CSBN 132612)
    United States Attorney
 6  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 7  NEILL T. TSENG (CSBN 220348)
    Assistant United States Attorney
 8
        450 Golden Gate Avenue, Box 36055
 9      San Francisco, California 94102-3495
        Telephone: (415) 436-7155
10      FAX: (415) 436-6927
        neill.tseng@usdoj.gov
11
    Attorneys for Defendant
12  PATRICK DONAHOE

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN FRANCISCO DIVISION
16

17  SHIRLEY MAHONEY,              )   No. C 11-00177 MEJ
                                  )
18      Plaintiff,                )   STIPULATION RE CASE
                                  )   MANAGEMENT SCHEDULE;
19  v.                            )   [PROPOSED] ORDER
                                  )
20  PATRICK DONAHOE, Postmaster General,)
    United States Postal Service, )
21                                )
        Defendant.                )
22
```

Subject to the approval of the Court, the parties hereby stipulate as follows:

The parties are prepared to lift the stay in this case. Plaintiff has represented that she expects to be able to resume working on this case within the next 45 days. As such, the parties have agreed to the following case management schedule and request that the Court adopt it as its case management order:

Deadline to amend pleadings: 8/20/12

STIPULATION RE CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER
C 11-00177 MEJ

1. Mediation deadline: 10/5/12
2. Disclosure of expert witnesses: 11/27/12
3. Disclosure of rebuttal expert witnesses: 12/7/12
4. Close of all discovery: 12/24/12
5. Dispositive motion filing deadline: 1/24/13
6. Dispositive motion hearing date: 2/28/13 at 10:00 a.m.
7. Exchange and filing of trial papers:
8.    * Meet and confer and exchange papers: 5/15/13
9.    * File papers described in FRCP 26(a)(3) and joint pretrial conf. statement: 5/30/13
10. Motions in limine: 5/30/13
11. Opposition to motions in limine: 6/6/13
12. Pretrial conference: 6/13/13 at 10:00 a.m.
13. Trial briefs: 6/14/13
14. Joint proposed voir dire and separate questions on which counsel cannot agree: 6/14/13
15. Joint proposed jury instructions: 6/14/13
16. Proposed verdict forms, joint or separate: 6/14/13
17. Final Pretrial Conference: 7/11/13 at 10:00 a.m.
18. Trial date: 7/15/13 (estimated length: 3-5 days)

DATED: 7-6-12      By: /s/ Shirley Mahoney
                                                          SHIRLEY MAHONEY
                                                          Plaintiff In Pro Per

MELINDA HAAG
United States Attorney

DATED: 7/6/12      By: /s/ Neill T. Tseng
                                                          NEILL T. TSENG
                                                          Assistant United States Attorney
                                                          Attorneys for Defendant

STIPULATION RE CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER
C 11-00177 MEJ                                        2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    July 6, 2012

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES CHIEF MAGISTRATE JUDGE