Shirley Mahoney
1 Elysian Pl
Oakland, CA 94605
Phone Number (510-418-0330)

Shirley Mahoney, IN PRO PER

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
PATRICK DONAHOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRLEY MAHONEY, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK DONAHOE, Postmaster General, United States Postal Service, <br><br> Defendant. | No. C 11-00177 MEJ <br><br> **SECOND STIPULATION TO ENLARGE MEDIATION DEADLINE;** ~~[PROPOSED]~~ **ORDER** |

    Subject to the approval of the Court, the parties hereby stipulate to enlarge the mediation deadline from October 5, 2012, to October 12, 2012. The reasons for the requested continuance are as follows: To improve the prospects for settlement, the parties wish to have enough time before the mediation for plaintiff to respond to defendant's written discovery requests and for defendant to depose plaintiff. The parties had hoped to hold the mediation during the latter half of September or first week of October, but scheduling conflicts prevented this. The parties and

SECOND STIPULATION TO ENLARGE MEDIATION DEADLINE; [PROPOSED] ORDER
C 11-00177 MEJ

mediator have conferred about scheduling and anticipate holding the mediation during the week of October 8 if this stipulation is approved.

All other dates and deadlines set by the Court in the case management schedule (Dkt. #44), including the trial date, would remain the same. This is the second request to enlarge the mediation deadline, and the first request since the stay in this case was lifted. This case was stayed from March 8, 2012, to July 6, 2012, due to plaintiff's medical condition. (Dkt. #38, 40, 42, 44.) By stipulated order, the mediation deadline was previously continued once. (Dkt. #36.) By stipulated order, the initial case management conference was previously continued. (Dkt. #28.)

DATED: 8-14-12        By: /s/ SHIRLEY MAHONEY
                          SHIRLEY MAHONEY
                          Plaintiff In Pro Per

                          MELINDA HAAG
                          United States Attorney

DATED: 8/15/12        By: /s/ NEILL T. TSENG
                          NEILL T. TSENG
                          Assistant United States Attorney
                          Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 15, 2012

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES CHIEF MAGISTRATE JUDGE