Shirley Mahoney
1 Elysian PL
Oakland, CA 94605
Phone Number (510-418-0330)

Shirley Mahoney, IN PRO PER


MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6927
   neill.tseng@usdoj.gov

Attorneys for Defendant
PATRICK DONAHOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRLEY MAHOENY,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK DONAHOE, Postmaster General,<br>United States Postal Service,<br><br>    Defendant. | No. C 11-00177 MEJ<br><br>**THIRD STIPULATION TO ENLARGE MEDIATION DEADLINE;** <s>[PROPOSED]</s> **ORDER** |

    Subject to the approval of the Court, the parties hereby stipulate to enlarge the mediation deadline from October 12, 2012, to November 30, 2012. The *pro se* plaintiff requests this enlargement in order to give her time to receive Defendant's responses to her first set of written discovery requests, and to take certain depositions, before the mediation. Defendant does not object and joins in the request to enlarge the mediation deadline in order to give Defendant time to depose Plaintiff before the mediation. Plaintiff's deposition has been delayed due to discovery

THIRD STIPULATION TO ENLARGE MEDIATION DEADLINE; [PROPOSED] ORDER
C 11-00177 MEJ

1  disputes and a meet and confer which took place regarding Plaintiff's responses to Defendant's
2  written discovery requests. Both parties agree that enlarging the mediation deadline so that the
3  above-referenced discovery can occur beforehand will materially enhance the prospects for
4  settlement at mediation. The court-appointed mediator has authorized the parties to state herein
5  that she does not object to the requested enlargement.

6   All other dates and deadlines set by the Court in the case management schedule (Dkt.
7  #44), including the trial date, would remain the same. This is the third request to enlarge the
8  mediation deadline, and the second request since the stay in this case was lifted. This case was
9  stayed from March 8, 2012, to July 6, 2012, due to plaintiff's medical condition. (Dkt. #38, 40,
10 42, 44.) By stipulated order, the mediation deadline was previously enlarged twice. (Dkt. #36,
11 46.) By stipulated order, the initial case management conference was previously continued.
12 (Dkt. #28.)

DATED: 9-20-12            By: _____
                              SHIRLEY MAHONEY
                              Plaintiff In Pro Per

                              MELINDA HAAG
                              United States Attorney

DATED: 9/24/12            By: _____
                              NEILL T. TSENG
                              Assistant United States Attorney
                              Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 25, 2012   _____
                            HONORABLE MARIA-ELENA JAMES
                            UNITED STATES CHIEF MAGISTRATE JUDGE

THIRD STIPULATION TO ENLARGE MEDIATION DEADLINE; [PROPOSED] ORDER
C 11-00177 MEJ                    2