Shirley Mahoney
1 Elysian PL
Oakland, CA 94605
Phone Number (510-418-0330)

Shirley Mahoney, IN PRO PER

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
PATRICK DONAHOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRLEY MAHONEY,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK DONAHOE, Postmaster General, United States Postal Service,<br><br>    Defendant. | No. C 11-00177 MEJ<br><br>**STIPULATION TO DISMISS WITH PREJUDICE;** ~~[PROPOSED]~~ **ORDER** |

**STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER**

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Shirley Mahoney and defendant Patrick Donahoe hereby stipulate to dismiss with prejudice the above-captioned action,

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
C 11-00177 MEJ

including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees, if any.

DATED: 12-10-12        By: _____
                            SHIRLEY MAHONEY
                            Plaintiff In Pro Per

                            MELINDA HAAG
                            United States Attorney

DATED: 6/6/13          By: _____
                            NEILL T. TSENG
                            Assistant United States Attorney
                            Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  June 7, 2013      _____
                            HONORABLE MARIA-ELENA JAMES
                            UNITED STATES ~~CHIEF~~ MAGISTRATE JUDGE

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
C 11-00177 MEJ