1  Shirley Mahoney
   1 Elysian PL
2  Oakland, CA 94605
   Phone Number (510-418-0330)
3
   Shirley Mahoney, IN PRO PER
4

5  MELINDA HAAG (CSBN 132612)
   United States Attorney
6  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
7  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
8
       450 Golden Gate Avenue, Box 36055
9      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
10 FAX: (415) 436-6927
   neill.tseng@usdoj.gov
11
   Attorneys for Defendant
12 PATRICK DONAHOE

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17

18 SHIRLEY MAHONEY,                    )   No. C 11-00177 MEJ
                                       )
19      Plaintiff,                     )   **STIPULATION TO DISMISS**
                                       )   **WITH PREJUDICE;**
20 v.                                  )   ~~[PROPOSED]~~ **ORDER**
                                       )
21 PATRICK DONAHOE, Postmaster General,)
   United States Postal Service,       )
22                                     )
        Defendant.                     )
23

24   **STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER**

25      THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE

26 FOLLOWING STIPULATION:

27      Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Shirley Mahoney and

28 defendant Patrick Donahoe hereby stipulate to dismiss with prejudice the above-captioned action,

   STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
   C 11-00177 MEJ

1   including all claims that were asserted therein.  Each party will bear its own costs and attorneys'

2   fees, if any.

3

4

5   DATED: 12-10-12                    By: _____
                                            SHIRLEY MAHONEY
6                                           Plaintiff In Pro Per

7
                                            MELINDA HAAG
8                                           United States Attorney

9

10  DATED: 6/6/13                      By: _____
                                            NEILL T. TSENG
11                                          Assistant United States Attorney
                                            Attorneys for Defendant
12

13

14  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

15

16

17  DATED:   June 7, 2013             _____
                                       HONORABLE MARIA-ELENA JAMES
18                                     UNITED STATES CHIEF MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
C 11-00177 MEJ